# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| FEDERAL HOME LOAN MORTGAGE CORPORATION<br><br>PLAINTIFF<br><br>v.<br><br>BENJAMIN CAMPO, ESQ., SPECIAL ADMINISTRATOR OF THE ESTATE OF JEFFREY BLACKWELL AND STATE OF MAINE-MAINE REVENUE SERVICES<br><br>DEFENDANTS | CIVIL ACTION NO: |

## COMPLAINT FOR FORECLOSURE

**PROPERTY ADDRESS: 15 WATCHIC ROAD 4, STANDISH, ME 04084
MORTGAGE RECORDED IN BOOK 24210, PAGE 110 AT THE CUMBERLAND COUNTY REGISTRY OF DEEDS**

NOW COMES the Plaintiff, Federal Home Loan Mortgage Corporation, by and through its attorneys, Bendett & McHugh, P.C., and complains against the Defendants pursuant to 14 M.R.S. § 6321 et seq., saying further as follows:

### JURISDICTION AND VENUE

1. This Court has diversity jurisdiction pursuant 28 U.S.C. § 1332 because the Plaintiff and Defendants are citizens of different states and the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs. Any Court of the United States, upon the filing of an appropriate pleading, may declare the rights and other legal relations

1

of any interested party seeking such declaration, whether or not further relief is or could be sought under 28 U.S.C. § 2201.

2. Venue is properly exercised pursuant to 28 U.S.C. §1391(b)(2) insofar as all or a substantial portion of the events that give rise to the Plaintiff's claims transpired in Maine and the property at issue is located in Maine.

## PARTIES

3. Federal Home Loan Mortgage Corporation, ("Plaintiff") is a corporation organized and existing under the laws of the United States of America, incorporated in the State of Virginia, and with a principal place of business at 8200 Jones Branch Drive, McLean, VA 22102-3110.

4. Benjamin Campo, Esq. is the appointed Special Administrator of the Estate of Jeffrey Blackwell, and is a resident of the State of Maine with a principal place of business at the address of 90 Bridge Street, Suite 100, Westbrook, ME 04092.

5. Upon information and belief, the late Jeffrey Blackwell was a resident of Standish, in the County of Cumberland and State of Maine.

6. State of Maine-Maine Revenue Services is an agency of the State of Maine and has a a principal place of business at the address located at 24 State House Station, Augusta, ME 04333-0024.

## FACTS

7. Defendant Estate, by and through Benjamin Campo, Esq., Special Administrator of the Estate of Jeffrey Blackwell, is the record owner of certain real property located at 15 Watchic Road 4, Standish, Maine (the "Premises") by virtue of a deed from Stanley E. Jordan and Linda S. Keene to the late Jeffrey Blackwell and the late Susan Blackwell,

       dated July 26, 2006, and recorded in the Cumberland County Registry of Deeds on July 27, 2006 in Book 24210 at Page 108 and being more particularly described by the attached legal description. *See* Exhibit A.

8. Upon information and belief, Susan Blackwell died on or about February 27, 2009, leaving Jeffrey Blackwell as the sole surviving owner of the Premises.  Upon information and belief, Jeffrey Blackwell died on or about February 20, 2018 and Benjamin Campo, Esq. was appointed Special Administrator of his Estate by the Cumberland County Probate Court, Docket No. 2020-0606.

9. On July 26, 2006, the late Jeffrey Blackwell and the late Susan Blackwell executed and delivered to Barton Mortgage Corporation a certain promissory note in the original principal amount of $218,500.00 (the "Note"). *See* Exhibit B.

10. The Plaintiff is entitled to enforce the Note as it was endorsed to CitiMortgage, Inc. f/k/a Citicorp Mortgage, Inc. and subsequently endorsed in blank.

11. Plaintiff certifies that the owner of the Note is Federal Home Loan Mortgage Corporation.

12. To secure said Note, in the amount of $218,500.00, the late Jeffrey Blackwell and the late Susan Blackwell executed and delivered a Mortgage in favor of Mortgage Electronic Registration Systems, Inc., as nominee for Barton Mortgage Corporation, dated July 26, 2006 and recorded in the Cumberland County Registry of Deeds in Book 24210 at Page 110 securing the property located at 15 Watchic Road 4, Standish, ME, 04084 (the "Mortgage). *See* Exhibit C.

13. Said Mortgage was assigned from Mortgage Electronic Registration Systems, Inc., as nominee for Barton Mortgage Corporation to CitiMortgage, Inc. by an Assignment of

        Mortgage, dated December 27, 2013 and recorded on January 9, 2014 in Book 31277 at Page 320 in the Cumberland County Registry of Deeds. Said Mortgage was assigned from CitiMortgage, Inc. to Green Tree Servicing LLC by an Assignment of Mortgage, dated January 13, 2015 and recorded on January 14, 2015 in Book 32027 at Page 306 in the Cumberland County Registry of Deeds. Said Mortgage was assigned from Barton Mortgage Corporation to CitiMortgage, Inc. by a Quitclaim Assignment of Mortgage, dated December 21, 2016 and recorded on January 9, 2017 in Book 33751 at Page 166 in the Cumberland County Registry of Deeds. Said Mortgage was assigned from Ditech Financial LLC f/k/a Green Tree Servicing LLC to Federal Home Loan Mortgage Corporation by an Assignment of Mortgage, dated February 2, 2017 and recorded on March 15, 2017 in Book 33879 at Page 94 in the Cumberland County Registry of Deeds. Said Mortgage was assigned from Federal Home Loan Mortgage Corporation to New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing by an Assignment of Mortgage, dated December 14, 2017 and recorded on January 22, 2018 in Book 34608 at Page 282 in the Cumberland County Registry of Deeds. Said Mortgage was assigned from CitiMortgage, Inc. to Federal Home Loan Mortgage Corporation by an Assignment of Mortgage, dated September 19, 2019 and recorded on September 27, 2019 in Book 36019 at Page 195 in the Cumberland County Registry of Deeds.  *See* Exhibit D.

14. Plaintiff, directly or through its agent, is in possession of the original Note, the Mortgage, and any assignments.

15. Plaintiff is the party entitled to collect the debt evidenced by said Note, is the party entitled to enforce the Mortgage, and has the right to foreclose the Mortgage.

16. State of Maine-Maine Revenue Services claims or may claim an interest in the Premises by virtue of a lien, in the amount of $4,440.08, dated January 27, 2014 and recorded in Book 31310 at Page 220 in the Cumberland County Registry of Deeds. *See* Exhibit E.

17. State of Maine-Maine Revenue Services claims or may claim an interest in the Premises by virtue of a lien against the Estate of Jeffrey Blackwell.

18. The Estate of Jeffrey Blackwell is presently in default of the Note, having failed to make the monthly payment due June 1, 2014, and having failed to make all payments due thereafter. As a result thereof, a condition of the Mortgage has been breached.

19. In compliance with the Note and Mortgage and/or 14 M.R.S.A. § 6111, on or about October 9, 2019, Plaintiff sent a Notice of Default to the mortgagor and any co-signor against whom the mortgagee is enforcing the obligation secured by the mortgage, by certified mail, return receipt requested and by regular mail, postage prepaid (herein after referred to as the "Demand Letter"). *See* Exhibit F.

20. The default has not been cured. In accordance with the Note and the Mortgage, the Plaintiff has declared the entire principal amount outstanding, accrued interest thereon, and all other sums due under the Note and Mortgage to be presently due and payable.

21. The total unpaid principal balance owed under the Note and Mortgage as of January 31, 2020 is $196,035.29, and additionally owed are interest, late charges, expenses, and reasonable attorney's fees and costs.

22. Plaintiff anticipates that additional disbursements will be made for attorney's fees and other services rendered during the foreclosure and sale.

## COUNT I – FORECLOSURE

23. The Plaintiff, Federal Home Loan Mortgage Corporation, repeats and re-alleges paragraphs 1 through 22, as if fully set forth herein.

24. This is an action for foreclosure and title to real estate located at 15 Watchic Road 4, Standish, ME, 04084, County of Cumberland, and State of Maine. *See* Exhibit A.

25. The Plaintiff, Federal Home Loan Mortgage Corporation, is the holder of the Note pursuant to endorsement by the previous holder and physical possession of the Note. As such, Plaintiff has the right to foreclosure upon the subject property.

26. Federal Home Loan Mortgage Corporation is the current owner of the Mortgage and Note.

27. The Estate of Jeffrey Blackwell is presently in default on said Mortgage and Note, having failed to make the monthly payment due June 1, 2014, and all payments due thereafter. As a result, the Estate of Jeffrey Blackwell has breached a condition of the Mortgage and Note.

28. The total unpaid principal balance owed under the Note and Mortgage as of January 31, 2020 is $196,035.29, and additionally owed are interest, late charges, expenses and reasonable attorney's fees and costs.

29. The record established through the Cumberland County Registry of Deeds indicates that there are no public utility easements recorded subsequent to the Mortgage and prior to the commencement of these proceedings affecting the mortgaged premises at issue herein.

30. By virtue of the Defendants' breach of condition, the Plaintiff, Federal Home Loan Mortgage Corporation, hereby demands a foreclosure on said real estate.

31. Notice in conformity with 14 M.R.S.A. § 6111 was sent to the Estate of Jeffrey Blackwell, on October 9, 2019, as evidenced by the Certificate of Mailing. *See* Exhibit G.

32. The Defendant Benjamin Campo, Esq., Special Administrator of the Estate of Jeffrey Blackwell is not in the Military as evidenced by the attached Exhibit H.

### COUNT 11 – UNJUST ENRICHMENT

33. The Plaintiff, Federal Home Loan Mortgage Corporation repeats and re-alleges paragraphs 1 through 32 as if fully set forth herein.

34. Barton Mortgage Corporation, predecessor-in-interest to Federal Home Loan Mortgage Corporation, loaned the late Jeffrey Blackwell, $218,500.00. *See* Exhibit B.

35. The Estate of Jeffrey Blackwell has failed to repay the loan obligation pursuant to the terms of the Note and Mortgage.

36. As a result, the Estate of Jeffrey Blackwell has been unjustly enriched to the detriment of the Plaintiff, Federal Home Loan Mortgage Corporation, as successor-in-interest to Barton Mortgage Corporation by having received the benefits described above without repayment pursuant to the terms of the Note and Mortgage.

37. As such, the Plaintiff, Federal Home Loan Mortgage Corporation, is entitled to relief

### PRAYERS FOR RELIEF

WHEREFORE, Plaintiff, Federal Home Loan Mortgage Corporation, prays this Honorable Court:

A. Find that the late Jeffrey Blackwell entered into a contract for a sum certain in exchange for a security interest in the subject property.

B. Determine that there has been a breach of condition of the Mortgage;

C. Find that Plaintiff, Federal Home Loan Mortgage Corporation, is entitled to enforce the terms and conditions of the Note and Mortgage;

D. Determine the amounts due under the Note and secured by the Mortgage, including principal, interest, reasonable attorney's fees, court costs and other expenses;

E. Find that the Estate of Jeffrey Blackwell is liable for any deficiency balance remaining due to Plaintiff after the sale of the mortgaged real estate and application of the proceeds of sale (this prayer is void for any Defendant that did not execute the Note or Guaranty and for any Defendant who has been granted discharge in bankruptcy);

F. Issue a Judgment of Foreclosure and Sale in conformity with Title 14, M.R.S. § 6322;

G. Order exclusive possession of the real estate to Plaintiff upon the expiration of the statutory ninety (90) day period of redemption and direct the clerk to issue a Writ of Possession at the request of Plaintiff;

H. Find that by virtue of the Note and Mortgage, the Estate of Jeffrey Blackwell has been unjustly enriched at the Plaintiff's expense; and,

I. Order such other and further relief as this Honorable Court deems just and proper.

                    Respectfully submitted,

                    Federal Home Loan Mortgage Corporation

                    By its Attorneys,
                    BENDETT & MCHUGH, P.C.

Dated: September 7, 2021         By: /s/ Peter R. Andrinas
                    Atty. Peter R. Andrinas, Bar No. 006227
                    Bendett & McHugh, PC
                    30 Danforth Street, Suite 104
                    Portland ME, 04101
                    (207)805-3346
                    MEcourtmailings@bmpc-law.com
                    PAndrinas@bmpc-law.com

                    Atty. Santo Longo, Bar No. 005192
                    SLongo@bmpc-law.com

                    Atty. Andrew J. Schaefer, Bar No. 005770
                    ASchaefer@bmpc-law.com