# EXHIBIT G


**UNITED STATES POSTAL SERVICE**

Firm Mailing Book For Accountable Mail

**Name and Address of Sender**

Bendett and McHugh, P.C.
270 Farmington Avenue,
Suite 151
Farmington, CT 06032

**Check type of mail or service**
- ☐ Adult Signature Required
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery (COD)
- ☐ Insured Mail
- ☐ Priority Mail
- ☐ Priority Mail Express
- ☐ Registered Mail
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation
- ☐ Signature Confirmation Restricted Delivery

**Affix Stamp Here** (for additional copies of this receipt). *Postmark with Date of Receipt.*

U.S. POSTAGE » PITNEY BOWES
ZIP 06030 $ 005.60
02 1W
0001363770 OCT 09 2019

FARMINGTON CT 06032 OCT 09 2019 USPS

| # | USPS Tracking/Article Number | Addressee (Name, Street, City, State, & ZIP Code™) | Postage | (Extra Service) Fee |
|---|---|---|---|---|
| 1 | 5732FC-201521962.200 | Susan Blackwell<br>15 Watchic Road 4<br>Standish, ME 04084 | .70 | .70 |
| 2 | 5732FC-201521962.200 | Jeffrey Blackwell<br>a/k/a Jeffrey J. Blackwell<br>15 Watchic Road 4<br>Standish, ME 04084 | .70 | .70 |
| 3 | ███████ | ███████ | .70 | .70 |
| 4 | ███████ | ███████ | .70 | .70 |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |

Handling Charge – If Registered and over $50,000 in value

Columns: Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | ASR Fee | ASRD Fee | RD Fee | RR Fee | SC Fee | SCRD Fee | SH Fee

Total Number of Pieces Listed by Sender | Total Number of Pieces Received at Post Office | Postmaster, Per *(Name of receiving employee)*

PS Form **3877**, January 2017 *(Page 1 of 2)*
PSN 7530-02-000-9098

Complete in Ink

Privacy Notice: For more information on USPS privacy policies, visit *usps.com/privacypolicy*.